John J. Tiemessen
Clapp, Peterson, Tiemessen, Thorsness, & Johnson, LLC
411 Fourth Avenue, Suite 300
Fairbanks, AK 99701
(907) 479-7776
(907) 479-7966 fax
jjt@cplawak.com

Attorneys for Sarahpac and Sarah Palin

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH JERSEY MEDIA GROUP ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:13-cv-06494-AKH |
| ) | |
| SARAHPAC and SARAH PALIN, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I John Tiemessen, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants, Sarahpac and Sarah Palin, in the above-captioned matter.

I am in good standing with the bar for the state of Alaska and there are no pending disciplinary proceedings against me in any state or federal court.

DATED at Fairbanks, Alaska, this 6th day of November, 2013.

                                    Attorneys for Sarahpac and Sarah L. Palin,

                                    /s/ John J. Tiemessen
                                    ABA No. 9111105
                                    Clapp Peterson Tiemessen Thorsness & Johnson, LLC
                                    411 Fourth Avenue, Suite 300
                                    Fairbanks, Alaska 99701
                                    Phone: (907) 479-7776
                                    Fax: (907) 479-7966
                                    E-mail: jjt@cplawak.com

CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2013 a copy of the foregoing was served by U.S. Mail and electronically served on:

William Dunnegan
Dunnegan & Scileppi, LLC
350 Fifth Avenue
New York, New York 10118

/s/ John J. Tiemessen

Clapp, Peterson, Tiemessen, Thorsness & Johnson, LLC
411 Fourth Avenue, Suite 300
Fairbanks, AK 99701-4711
(907) 479-7776 fax (907) 479-7966